# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| MOBILITY WORKX LLC | § | |
| | § | |
| v. | § | 4:24-CV-797-ALM |
| | § | |
| NOKIA CORPORATION ET AL | § | |

### DEFENDANTS UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Nokia Corporation, Nokia Solutions and Networks OY, and Nokia of America Corporation (collectively "Nokia" or "Defendants") file this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff 's Complaint up to and including January 6, 2025.

1. On September 2, 2024, Plaintiff filed its Complaint.

2. On September 5, 2024, Defendants were served with Plaintiff's complaint making their answers due September 26, 2024.

4. Defendants require additional time to prepare a responsive pleading.  This is Defendants' first request for an extension.

5. Counsel for Plaintiff has consented to an extension for Defendants to answer or otherwise respond to the Complaint up to and including January 6, 2025.  The January 6, 2025 deadline is the same as for Samsung in the related 4:24-cv-798 action.

WHEREFORE, Defendants respectfully request that this Court enter an order extending the deadline to answer or otherwise respond to the Complaint up to and including January 6, 2025.

Dated: September 23, 2024

                                  Respectfully submitted,

                                  */s/ Deron R. Dacus*
                                  Deron R. Dacus
                                  Texas Bar No. 00790553
                                  THE DACUS FIRM, P.C.
                                  821 ESE Loop 323, Suite 430
                                  Tyler, Texas 75701
                                  903-705-1117
                                  E-mail: ddacus@dacusfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of September, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                  */s/ Deron R. Dacus*
                                  Deron R. Dacus

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Defendant's counsel and Plaintiff's counsel have conferred and the foregoing motion is unopposed.

                                  */s/ Deron R. Dacus*
                                  Deron R. Dacus