**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MOBILITY WORKX LLC | § | |
| | § | |
| v. | § | 4:24-CV-797-ALM |
| | § | |
| NOKIA CORPORATION ET AL | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO**
**PLAINTIFF'S COMPLAINT**

Before the Court is Defendants Nokia Corporation, Nokia Solutions and Networks OY, and Nokia of America Corporation's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (Dkt. #7).  The Court, having considered same, is of the opinion that the motion should be GRANTED.  It is, therefore,

ORDERED that Defendants be given up to and including January 6, 2025, to answer or otherwise respond to Plaintiff's Complaint.

**SIGNED this 14th day of November, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE