**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| MOBILITY WORKX, LLC ,<br><br>      Plaintiff,<br>v.<br><br>ERICSSON, INC.<br><br>      Defendant. | Case No. 4:24-CV-000796-ALM<br><br>**JURY TRIAL DEMANDED** |
| MOBILITY WORKX, LLC ,<br><br>      Plaintiff,<br>v.<br><br>NOKIA CORP. ET AL.<br><br>      Defendants. | Case No. 4:24-CV-000797-ALM<br><br>**JURY TRIAL DEMANDED** |
| MOBILITY WORKX, LLC ,<br><br>      Plaintiff,<br>v.<br><br>SAMSUNG ELECS. CO., LTD. ET AL.<br><br>      Defendants. | Case No. 4:24-CV-000798-ALM<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| MOBILITY WORKX, LLC ,<br><br>            Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.<br><br>            Defendant. | Case No. 4:24-CV-000799-ALM<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Mobility Workx, LLC ("Plaintiff") and Defendants Ericsson Inc., Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Cisco Systems, Inc. (together, "Defendants") (collectively, "the Parties") file this Joint Motion to Amend Scheduling Order and would show the Court as follows:

Pursuant to the Court's Scheduling Order entered in each of these related matters, the deadlines for the Parties to: (1) exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112 is May 22, 2025, (2) exchange privilege logs is May 27, 2025, and (3) exchange preliminary proposed constructions and extrinsic evidence is June 11, 2025. The parties respectfully request that the Court extend the deadlines as follows: (1) exchange proposed terms for construction up to and including June 10, 2025, (2) exchange privilege logs up to and including October 27, 2025, and (3) exchange preliminary proposed constructions and extrinsic evidence up to and including June 24, 2025.

The Parties represent that good cause exists for the above-requested extensions. The deadline for Defendants to comply with this Court's Order regarding service of their P.R. 3-3 and 3-4 invalidity contentions and document production is June 3, 2025. Extending the deadlines

to (1) exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112 and (2) exchange preliminary proposed constructions and extrinsic evidence is appropriate because it will afford Plaintiff adequate time to review Defendants' P.R. 3-3 and 3-4 invalidity contentions and document production prior to exchanging Plaintiff's proposed terms and preliminary constructions.  Additionally, because this case is in the early stages, the Parties have conducted limited discovery.  Extending the deadline to exchange privilege logs will ensure that the Parties have sufficient time to conduct thorough discovery and to prepare and exchange comprehensive privilege logs.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served.  No other case deadlines will be affected by this Motion.  Counsel for Defendants met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion.  The Parties are jointly seeking the relief sought herein.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and modify the below deadlines as follow:

| Original Deadline | Amended Deadline | Event |
|---|---|---|
| May 22, 2025 | **June 10, 2025** | Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1). |
| May 27, 2025 | **October 27, 2025** | Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| June 11, 2025 | **June 24, 2025** | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same (P.R. 4- 2. |

Dated: May 15, 2025                      Respectfully submitted,

                                                */s/ Daniel B. Ravicher*
_____

Daniel B. Ravicher
Florida Bar No. 102809
dan@zeisler-law.com
**ZEISLER PLLC**
80 South West 8th Street, Ste. 3110
Miami, Florida 33130
Telephone: (786) 505-1205

Michael Machat
California Bar No. 109475
michael@machatlaw.com
**MACHAT & ASSOCIATES, PC**
8730 West Sunset Boulevard, Ste. 250
West Hollywood, California 90069
Telephone: (310) 860-1833

*Attorneys for Plaintiff*
*Mobility Workx, LLC*

                   */s/ Melissa R. Smith*
_____

Louis N. Jameson
Georgia Bar No. 003970
wjameson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309
Telephone: (404) 253-6915

Tia Fenton
tdfenton@duanemorris.com
Kevin Anderson
kpanderson@duanemorris.com
Chris Ricciuti
criccuiti@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue, N.W., Suite 700 East
Washington, D.C. 20001
Telephone: (202) 776-7800

Holly E. Engelmann
Texas Bar No. 24040865
hengelmann@duanemorris.com

**DUANE MORRIS LLP**
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746
Telephone: (512) 277-2246

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*

 */s/ Melissa R. Smith*
_____
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Christopher J. Burrell (*Pro Hac Vice*)
chris.burrell@faegredrinker.com
Brianna Lynn Silverstein (*Pro Hac Vice*)
brianna.silverstein@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
1500 K Street, NW
Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
Facsimile:  (202) 842-8465

Timothy E. Grimsrud (*Pro Hac Vice*)
tim.grimsrud@faegerdrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000

Facsimile: (612) 766-1600

*Attorneys for Defendants*
*Samsung Electronic Co., Ltd. and*
*Samsung Electronics America, Inc.*

 */s/ Deron R. Dacus*
_____

Deron R. Dacus
Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

Jacob K. Baron, Esq. MA Bar No.: 652568
Email: jacob.baron@hklaw.com
Joshua C. Krumholz, Esq.
(*Pro hac vice*)
MA Bar No.: 552573
Email: joshua.krumholz@hklaw.com
Jacob W. S. Schneider, Esq.
(*Pro hac vice*)
MA Bar No.: 675315
Email: jacob.schneider@hklaw.com
Allison M. Lucier, Esq.
(*Pro hac vice*)
MA Bar No.: 569193
Email: allison.lucier@hklaw.com
Mark M. Masutani, Esq.
(*Pro hac vice*)
MA Bar No.: 713398
Email: mark.masutani@hklaw.com
**HOLLAND & KNIGHT LLP**
10 Saint James Avenue; 11th Floor
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850

*Counsel for Defendant*
*Ericsson Inc.*

/s/ Deron R. Dacus
―――――――――――――――――

Deron R. Dacus
Texas Bar No. 00790553
Email: ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701

Matthew S. Yungwirth
MSYungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

*Counsel for Defendants*

*Nokia of America Corporation and*
*Nokia Solutions and Networks Oy*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel of the Parties have met and conferred to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h).  The Parties are jointly seeking the relief sought in this Motion.

      */s/ Daniel B. Ravicher*
      Daniel B. Ravicher

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served on this May 15, 2025 with a copy of this document via the Court's CM/ECF system.

      */s/ Daniel B. Ravicher*
      Daniel B. Ravicher